UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-60217-CIV-COHN/SELTZER

ERIC STANLEY,

    Plaintiff,

vs.

IDEAL COLLECTION SERVICES, INC., a
Florida Corporation

    Defendant.

_____/

## ORDER GRANTING IN PART JOINT MOTION FOR EXTENSION OF TRIAL AND PRETRIAL DEADLINES

**THIS CAUSE** is before the Court upon the parties' Joint Motion for Continuance and Extension of Time [DE 7] ("Motion").  The Court has carefully reviewed the Motion, the record in this case, and is otherwise fully advised in the premises.

In the Motion, the parties seek to continue the trial date and extend other pretrial deadlines to allow the parties sufficient time to complete discovery and engage in motion practice.  The Court will grant a brief extension of the scheduling order deadlines to allow additional time to complete discovery, but finds that they have failed to demonstrate good cause for the over 90 day continuance sought.

It is thereupon **ORDERED AND ADJUDGED** as follows:

1. The Joint Motion for Continuance and Extension of Time [DE 7] is **GRANTED IN PART**;

2. Calendar Call is hereby re-set for **September 26, 2013**, at 9:00 a.m.  Trial will commence during the two-week trial period starting **September 30, 2013**; and

3. Other deadlines are re-set as follows:

| | |
|---|---|
| Joinder of Parties and Amendment of Pleadings | May 17, 2013 |
| Discovery Cutoff | June 28, 2013 |
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | July 12, 2013 |
| Mediation Completed | July 22, 2013 |
| Motions in Limine | September 6, 2013 |
| Responses to Motions in Limine, Joint Pretrial Stipulation and Deposition Designations for Trial for Unavailable Witnesses | September 16, 2013 |
| Proposed Jury Instructions, and any Counter-designations and objections to Deposition designations | Calendar Call |

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 2nd day of May, 2013.

*James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to counsel of record via CM/ECF.